**STATE OF MONTANA,**
                    **Plaintiff,**                                    **NO. 9733**
          **vs.**                                                              **DECISION**
**THOMAS A. TURNER,**
          **Defendant.**

On May 18, 1992 the Defendant was sentenced to ten (10) years for the revocation of Custodial Interference. The Defendant shall received 257 days credit for time served and will be designated a dangerous offender.

On July 23, 1993, the Defendant's application for review of that sentence was heard by the Sentence Review Division of the Montana Supreme Court.

The Defendant was present and was represented by Alan Johnson, Legal Intern from the Montana Defender Project. The state was not represented.

Before hearing the application, the Defendant was advised that the Sentence Review Division has the authority not only to reduce the sentence or affirm it, but also to increase it if such is possible. The defendant was further advised that there is no appeal from a decision of the Sentence Review Division. The defendant acknowledged that he understood this and stated that he wished to proceed.

After careful consideration, it is the unanimous decision of the Sentence Review Division that the sentence shall remain the same as originally imposed.

The Sentence Review Board considered the entire file and it is implicit that the Defendant was a danger to the juvenile involved.

The reason for the decision is the sentence imposed by the District Court is presumed correct pursuant to Section 46-18-904(3), MCA. The Division finds that the reasons advanced for modification are insufficient to deem inadequate or excessive as required to overcome the presumption per Rule 17 of the Rules of the Sentence Review Division of the Montana Supreme Court.

DATED this 23rd day of July, 1993.

**Hon. Thomas McKittrick, Chairman, Hon. G. Todd Baugh, and Hon. John Warner, Judges**

The Sentence Review Board wishes to thank Alan Johnson, Legal Intern from the Montana Defender Project for his assistance to the defendant and to this Court.

STATE OF MONTANA,

Plaintiff,                                                    NO. 10484

vs.                                                              DECISION

JEREMIAH ALLEN JOHNSON,

Defendant.